# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2024
Lyle W. Cayce
Clerk

No. 24-50022

United States of America,

*Plaintiff—Appellant,*

versus

Antonio Sing-Ledezma,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-823-1

_____

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that appellant's opposed motion to summarily reverse the District Court's order dismissing count one of an indictment is GRANTED.

  IT IS FURTHER ORDERED that appellant's alternative motion for an extension of 30 days upon the denial of the motion for summary reversal to file the brief is DENIED AS MOOT.

IT IS FURTHER ORDERED that appellee's motion to have this case remain in abeyance pending a definitive holding on 18 U.S.C. § 922 (g)(5)(A) issues from the United States Supreme Court is DENIED AS MOOT.